UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNN ANNE SHEPHARD,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  CV-11-271-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.  The decision of the ALJ denying benefits is affirmed.

DATED: October 9, 2013

                                          SEAN F. McAVOY
                                          Clerk of Court

                                          By:  *s/Cheryl Cambensy*
                                                Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**